# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeffrey Landthorn (your affiant), being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. Your affiant is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) currently assigned to the Columbus, Ohio office. Your affiant obtained a Bachelor of Science in Business Administration (Finance) from the Ohio State University in 2001 and completed both the Federal Criminal Investigator Training Program (CITP) and the ICE Special Agent Training (ICESAT) Academy at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia in 2004. During CITP and ICESAT, your affiant was instructed in all phases of criminal investigation such as: Criminal Law, Search and Seizure, Field Enforcement Techniques, Firearms Proficiency, Interviewing, and Evidence. During his twenty-two-year career as a Special Agent, your affiant has conducted and participated in a myriad investigations involving numerous different sections of the U.S. Criminal Code, to include investigations regarding identity fraud, benefit fraud, and financial fraud.

2. Your affiant is submitting this affidavit in support of a Criminal Complaint authorizing the arrest of the following individual for a violation of 18 U.S.C. § 611(a):

    - Cary Ann PATTERSON, DOB: [redacted] who resides at [redacted]

3. Your affiant's statements in this affidavit are based on your affiant's personal knowledge and experience, a review of documents and databases, and information received from the Ohio Secretary of State (SoS), the Gallia County, Ohio Board of Elections (BoE), and U.S. Citizenship and Immigration Services (USCIS). Since this affidavit is being submitted for the limited purpose of securing a Criminal Complaint and an arrest warrant, your affiant did not include each and every fact known concerning this investigation. However, your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 611(a) (Voting by Aliens) has been committed by PATTERSON.

## II. DEFINITIONS, IMMIGRATION AND NATURALIZATION PROCESSES

5. Alien: As defined in § 101(a)(3) of the United States Immigration and Nationality Act (INA), an Alien is any person not a U.S. citizen or national of the United States.

6. Visa Waiver Program: A U.S. program that allows citizens of 42 designated countries to travel to the United States for tourism or business for up to 90 days at a time without a traditional visa.

7. Lawful Permanent Resident: Certain aliens may adjust their status to that of a lawful permanent resident (LPR) of the United States. This adjustment can be either employment-based or family-based. With the family-based path, U.S. citizens can petition for an alien family member, to include a spouse, to become lawful permanent residents. LPR status allows an alien to live and work in the United States indefinitely, but it does not allow them the right to vote.

8. Naturalization: Aliens with LPR status can become U.S. citizens through a process called naturalization. Lawful Permanent Residents are eligible to apply for naturalization after five years of having LPR status, or three years in the case of individuals who obtained their LPR status through marriage to a U.S. citizen.

## III. INVESTIGATION AND PROBABLE CAUSE

9. Your affiant began this investigation in December of 2025.

10. On [redacted] PATTERSON was born in the United Kingdom as Cary Ann Alexander. On May 20, 1990, PATTERSON entered the United States under the Visa Waiver Program, with a destination address of Gallia County, Ohio. On June 16, 1990, PATTERSON married U.S. citizen [redacted] in Gallia County.

11. From August 1990 to November 14, 2003, PATTERSON did not have lawful status in the United States, as she was considered a visa waiver overstay. Despite having no legal status in the United States, Gallia County BoE records indicate that PATTERSON voted in elections on the following dates:
    a. November 7, 1995
    b. November 5, 1996
    c. November 4, 1997

12. On February 24, 1998, PATTERSON and [redacted] divorced.

13. On April 10, 1999, PATTERSON married U.S. citizen [redacted] in Mason County, West Virginia. On November 14, 2003, PATTERSON obtained LPR status based on her marriage to [redacted] In the Application for Immigrant Visa and Alien Registration, which is dated October 28, 2003, (page 2) and November 13, 2023 (page 4), a series of statements was presented with the following lead-in question: "Do any of the following apply to you?" Notably, the form has the "No" box checked next to the following: "An alien who is coming to the United States to practice polygamy; who withholds custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court or intentionally assists another person to do so; who has voted in the United States in violation of any law or regulation; or who renounced U.S. citizenship to avoid taxation."

14. Gallia County BoE records indicate that PATTERSON registered to vote on March 19, 2004. On August 1, 2005, a voter registration card was submitted to the Gallia County BoE. Question one of the card asks, "Are you a U.S. citizen?" and the "Yes" box has a diagonal strike-through line in it. PATTERSON's correct address, date of birth, and last four numbers of her social security number are handwritten on the card. Box 14 at the bottom of the card reads, "I declare under penalty of election falsification I am a citizen of the United States, will have lived in this state for 30 days immediately preceding the next election, and I will be at least 18 years of age at the time of the general election." The form is signed and dated August 1, 2005. At the time the form was signed, PATTERSON was not a United States citizen. The voter registration card is attached:


PATTERSON, CARY ANN
#14944
1. Are you a U.S. citizen? Yes No
2. Will you be 18 years of age on or before the next general election? Yes No
If you answered NO to either of the questions, do not complete this form.
3. Last Name Patterson First Name Cary Middle Name or Initial A
[redacted]
5. City or Post Office Bidwell
6. County where you live Gallia
7. Additional Rural or Mailing Address
[redacted]
10. Ohio driver's license No. OR last 4 digits of Social Security No. 4358
11. Phone No. (voluntary)
12. ADDRESS CHANGE ONLY - PREVIOUS ADDRESS
Previous House Number and Street County State
Previous City or Post Office Former Signature
13. CHANGE OF NAME ONLY Former Legal Name
I declare under penalty of election falsification I am a citizen of the United States, will have lived in this state for 30 days immediately preceding the next election, and I will be at least 18 years of age at the time of the general election.
14. Signature of Applicant
Date 8 / 1 / 5
MO DAY YR
WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE
FOR BOARD USE ONLY
City, Village, Twp BIDWELL
Ward
Precinct
School Dist GLSD
Cong Dist
Senate Dist
House Dist

15. Gallia County BoE records indicate that, since the date the voter registration card dated August 1, 2005, was completed, PATTERSON voted in elections on the following dates:
- November 8, 2005
- November 7, 2006
- November 4, 2008
- March 6, 2012
- November 6, 2018- poll book signature present:

14944 PATTERSON, CARY A 11/6/2018 4:55:53 PM NP Card

- November 3, 2020
- November 7, 2023- poll book signature present:

14944 PATTERSON, CARY A 11/7/2023 2:05:15 PM NP Paper

16. On August 23, 2024, a voter registration card was submitted to the Gallia County BoE. Question one of the card asks, "Are you a U.S. citizen?" There is a diagonal strike-through present for that question, but it is to the left of the "Yes" box, not through it. PATTERSON's correct address and date of birth are handwritten on the card. Box 14 at the bottom of the card reads, "I declare under penalty of election falsification I am a

citizen of the United States, will have lived in this state for 30 days immediately preceding the next election, and I will be at least 18 years of age at the time of the general election." The form is signed but not dated. At the time the form was signed, PATTERSON was not a United States citizen.



I am: Registering as an Ohio voter | Updating my address | Updating my name

1. Are you a U.S. citizen? Yes No

2. Will you be at least 18 years of age on or before the next general election? Yes No

If you answered NO to either of the questions, do not complete this form.

14944

[redacted]

7 Additional Mailing Address (if necessary)

8 County (where you live) Gallia

[redacted]

10 Ohio driver's license number, state ID card number, OR last four digits of Social Security number (one form of ID required to be listed or provided)

11 Phone Number (voluntary)

12 PREVIOUS ADDRESS IF UPDATING CURRENT REGISTRATION

13 CHANGE OF NAME ONLY Former Legal Name — Former Signature

14 I declare under penalty of election falsification I am a citizen of the United States, will have lived in this state for 30 days immediately preceding the next election, and will be at least 18 years of age at the time of the general election.

Your Signature — Date (MM/DD/YYYY)

FOR BOARD USE ONLY

Gallia County

AUG 23 2024

Board of Elections

17. Gallia County BoE records indicate that PATTERSON voted in the November 5, 2024, election- poll book signature present (see below). This election was "held solely or in part for the purpose of electing a candidate for the office of President, Vice President, . . . Member of the Senate, [and] Member of the House of Representatives," (*see* 18 U.S.C. § 611(a)), as all of these federal offices were on the ballot in the November 2024 election.



CARY ANN PATTERSON

Eric Whitt

Gallia County

2024 General Election

ACTIONS

CARY ANN PATTERSON

Voted

DOB [redacted]

AGE: 58

POLLING PLACE: RIVER VALLEY MIDDLE SCHOOL

REGISTERED ADDRESS: [redacted]

SIGNATURE

ID METHOD US Military / US Dept Veteran Affairs / Ohio National Guard

VOTERS CHECK IN SIGNING PAGE DATE

View Signatures

18. On January 21, 2026, HSI Special Agents went to PATTERSON's residence at [redacted] After observing no vehicles or activity at the residence over a period of time, the agents departed the residence. Shortly after leaving the residence, HSI Special Agents spoke with PATTERSON on the telephone, and the conversation was recorded. Special Agent Libow identified himself and verified PATTERSON's identity, address, citizenship, and current immigration status. PATTERSON stated the following:

- PATTERSON confirmed she was a citizen of the United Kingdom, currently has LPR status in the United States, which she obtained from marriage to her U.S. citizen husband.
- Her LPR card (I-551) had expired, but she currently had an immigration lawyer in Columbus and had recently applied for U.S. citizenship through naturalization with USCIS.
- She was proficient in reading and writing English.
- When asked if she had ever registered to vote in Ohio, she stated, "I think I did once," and believed that she was able to do so having LPR status.
- She registered to vote in person, at a polling location at a school near her house in Gallia County and did so thinking that her I-551 would make her eligible. At the polling location, she showed the official her ID, and the official verified that her address was correct. No one assisted her in filling out the form.
- When asked about the "Are you a U.S. citizen?" question on the registration form, she stated she does not remember how she answered that question.
- When agents informed PATTERSON that she had checked the box indicating she was a United States citizen, she replied that at the time, she had not done much research on voting, assumed she had been in the country for a while, and did not know the difference between being an LPR and being a U.S. citizen.
- When asked if anyone else had ever used her voter registration card or solicited her to register to vote on her behalf; she responded that, to her knowledge, no one had.
- When asked if she had actually voted in any elections after registering, PATTERSON replied, "Yeah, once, I think, yeah, yeah, once, at least, yeah, once."
- When asked to clarify if she had only voted once, PATTERSON replied, "As far as I, as far as, as far as I can remember, yeah."
- When asked what type of election (county, state, federal) she had voted in, PATTERSON stated she had voted in a local election.
- When asked if she had ever voted in a federal election, PATTERSON stated, "I don't believe so."
- When asked again for confirmation, PATTERSON stated that she had voted in the 2024 presidential election.
- When asked if she had voted in any other elections aside from 2024, PATTERSON stated, "No, just that one, I think."

## IV. CONCLUSION

19. Based on my knowledge, training and experience, and the facts set forth herein, there is probable cause to believe that, on or about November 5, 2024, Cary Ann PATTERSON violated 18 U.S.C. § 611 by unlawfully voting in a federal election as an alien. Therefore, your affiant respectfully requests this court issue an arrest warrant for the above individual.

Further, your affiant sayeth naught.

Jeffrey Landthorn
Special Agent, Homeland Security Investigations

Subscribed and sworn to before me

This 30th day of September, 2026.

HON. CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE